

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: INDUSTRIAL LIFE INSURANCE  　　　　MDL  NO. 1371 and
LITIGATION  　　　　　　　　　　　　　　　consolidated MDLs

　　　　　　　　　　　　　　　　　　　　　5:04cv55

ELDORA BURKES  　　　　　　　　　　　　　CIVIL ACTION 04-2262

　　v.

LIFE INSURANCE COMPANY OF GEORGIA  　　　SECTION "F"


ORDER

All proceedings that can be conducted for Civil Action Number 04-2262 have been conducted. Accordingly, IT IS ORDERED: that Civil Action Number 04-2262 be returned to the transferor court for any further proceedings.


New Orleans, Louisiana, June 27, 2007.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARTIN L. C. FELDMAN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY
JUN 2 8 2007
Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.